1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mortaza Mohammadi, | No. CV-26-00443-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher Howard, et al., | |
| Respondents. | |

Respondents have notified the Court that "Petitioner was released by Immigration and Customs Enforcement (ICE) on February 10, 2026, rendering his Habeas Petition moot." (Doc. 11) They further state that "Respondents also confirmed with Petitioner's counsel that Petitioner has been released from custody." (*Id*.)

**IT IS THEREFORE ORDERED** that the Petition for Habeas Corpus (Doc. 1) is **denied as moot**.

**IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of dismissal and close this case.

Dated this 11th day of February, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge